# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:23-CR-15 (WLS-TQL-2) |
| ISMIL RODRIGUEZ-AYBAR, | : |
| Defendant. | : |

## ORDER

Before the Court is Defendant Ismil Rodriguez-Aybar's ("Defendant") Unopposed Motion to Continue Trial in the Interests of Justice. (Doc. 63). Therein, Defendant asks the Court to continue Defendant's trial to the next regularly scheduled Valdosta trial term, to allow time for an appointment of an expert interpreter to assist in his defense.[1]

Based on the Defendant's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 63) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division August 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 15th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court notes that on April 10, 2024, Defendant filed a Motion to Appoint an Expert Interpreter (Doc. 62).

1