IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO:** |
| : | **7-23-cr-15-WLS-TQL-2** |
| **ISMIL RODRIGUEZ-AYBAR,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Before the Court is an Unopposed Motion to Appoint Interpreter (Doc. 62) ("Motion") submitted by Defendant Ismil Rodriguez-Aybar filed April 10, 2024. Therein, Defendant Rodriguez-Aybar requests the Court to appoint an interpreter for him because a review of discovery shows that there has been a difference between the interpretation made by an agent in the interview and interpretation that was provided to Counsel during his meeting with the Defendant. (*Id.*) Therefore, Defendant needs the interview between the agent and the Defendant to be fully translated and transcribed. (*Id.*) Additionally, Counsel states that if the matter proceeds to trial, there will be a need for an interpreter to live translate the recorded interview to a jury. (*Id.*) It is unclear from the Motion whether the interpreter is needed to assist counsel and Defendant Rodriguez-Aybar during trial, whether the interpreter would be generally used by both Parties for jury purposes, or whether the interpreter would be used for other purposes.

During a pretrial conference held April 16, 2024, with respect to Defendant's co-defendant Jose Luis Pena-Ferreras, Counsel for Defendant Rodriguez-Aybar was present and discussed the proposed use of the interpreter and advised the Court that an amended Motion would be filed on behalf of Defendant Rodriguez-Aybar. To date the amended Motion has not been filed.

1

Accordingly, on or before Monday April 29, 2024, Defendant Rodriguez-Aybar is **ORDERED** to file an amended Motion to Appoint Interpreter or to advise the Court if he wishes to proceed on the current Motion (Doc. 62).

**SO ORDERED**, this 22nd day of April 2024.

                                                    /s/ W. Louis Sands
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**