IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| **ISMIL RODRIGUEZ-AYBAR,** | : | **7:23-CR-15-WLS-TQL-2** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER

By Joint Response to Court's Order (Doc. 80) ("Response") (Doc. 82), the Parties notified the Court the they are ready for trial to proceed in this matter during the Court's November 2024 Valdosta trial term. Defendant advised the Court that a *Jackson-Denno* hearing may be necessary to determine the voluntariness of any statement Defendant made to law enforcement.

Accordingly, to assist the Court in conducting an orderly and efficient trial of this matter, the Court hereby **ORDERS** as follows:

1. If Defendant desires to present a *Jackson-Denno* issue to the Count, he shall file the appropriate motion on or before **Monday, September 30, 2024**. [These dates are tight, but I think the PTCs are being set for Tuesday, Oct. 8th?]

2. On or before **Friday, October 4, 2024**, counsel for the Government may file its response to Defendant's *Jackson-Denno* motion, if any is filed.

3. The pretrial conference and trial of this matter shall be set by separate order of the Court.

**SO ORDERED**, this 25th day of September 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1