IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| **ISMIL RODRIGUEZ-AYBAR,** | : | **7:23-CR-15-WLS-TQL-2** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER

Before the Court is Defendant's Motion to Suppress Defendant's Statements (Doc. 88) ("Motion") filed September 30, 2024. Therein, Defendant requests a *Jackson-Denno* hearing to determine the voluntariness of statements Defendant made to law enforcement officers.

Accordingly, it is hereby **ORDERED**:

1. The Government shall file its response to the Motion on or before **Monday, October 21, 2024**.

2. An evidentiary hearing on the Motion is scheduled for **Wednesday, December 4, 2024 at 1:30 p.m.**, in Albany, Georgia.

**SO ORDERED**, this 15th day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**