IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CASE NO: |
| ISMIL RODRIGUEZ-AYBAR, | : | 7:23-CR-15-WLS-TQL-2 |
| | : | |
| Defendant. | : | |
| _____ | : | |

### ORDER

Before the Court is Defendant Ismil Rodriguez-Aybar's Motion to Withdraw Motion to Suppress Defendant's Statements (Doc. 105) ("Motion to Withdraw"). Therein, Defendant notifies the Court that he withdraws his Motion to Suppress Defendant's Statements (Doc. 88) ("Motion to Suppress") and requests that the hearing thereon scheduled for December 4, 2024, be removed from the Court's calendar.

Accordingly, it is hereby **ORDERED** that the Motion to Withdraw (Doc. 105) is **GRANTED**, and the December 4, 2024 hearing is **CANCELLED**.

With the withdrawal of the Motion to Suppress, the Court intends to notice this case for trial during the February 2025 Valdosta trial term. It is further **ORDERED** that all Parties' counsel shall review the case, confer, and inform the Court no later than **Monday, December 2, 2024**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

**SO ORDERED**, this 25th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**